UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MARSHA HETZEL, AND**
**SPOUSE, WILLIAM HETZEL**                                             **PLAINTIFFS**

vs.                 **CASE NO. 5:10-cv-05022-JLH**

**GEORGIA BLAND**                                                        **DEFENDANT**

## JUDGMENT

On the 29th and 30th days of March, 2011, the above captioned case came on for trial, and the Plaintiffs, Marsha Hetzel and William Hetzel, appeared in person and through their attorney, Kristin Fecteau, and announced ready for trial. The Defendant, Georgia Bland, appeared in person and through her attorney, Brian Wood, and announced ready for trial.

A jury composed of twelve members of the regular panel of jurors of this Court was selected, impaneled, and sworn according to law to try the issues arising in this case.

After hearing all the evidence introduced, the instructions of the Court, and the arguments of counsel, the jury retired to consider its verdicts and after deliberating thereon, returned the following verdicts:

## VERDICT –- MARSHA HETZEL

**We, the jury, find in favor of Georgia Bland.**

3/30/11
Date

### VERDICT –- WILLIAM HETZEL

We, the jury, find in favor of Georgia Bland.

3/30/11
Date

**IT IS THEREFORE ORDERED AND ADJUDGED** that Judgment is entered in favor of the Defendant, Georgia Bland, and against the Plaintiffs, Marsha Hetzel and Williams Hetzel, and the claims of the Plaintiffs are dismissed with prejudice.

**IT IS SO ORDERED** this 5th day of April, 2011.

　　　　　　　　　　　　　　__/s/ Jimm Larry Hendren_____ _____
　　　　　　　　　　　　　　**JIMM LARRY HENDREN**
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**